*To: The Court*

In the United States District Court

For the _Southern_ District of _W.Va._
(State)

_Virginia Beckley_ Division

Name: _Milton Orr Kenney_ )
)
Prison ID #: _14102-032_ )
)
Name: _____ )
)
Prison ID #: _____ )
)
Name: _____ )
)
Prison ID #: _____ )
)
☐ Check here if there are additional )
Plaintiffs—use separate sheet to )
list each person. DO NOT USE ET AL. )
)
vs. )
)
Name: _Shawn Lasson_ )
)
Name: _____ )
)
Name: _____ )
)
Name: _____ )
)
☐ Check here if there are additional )
Defendants—use separate sheet to )
list each person. DO NOT USE ET AL. )

**FILED**

OCT 26 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Civil Action #: _5:12-7012_

(To be assigned by the Clerk's
Office. Do not write in this blank.)

### Complaint for the Violation of Civil Rights
### Under 42 U.S.C. § 1983

I.  **Previous Lawsuits**

  A.  Have you or any of the other plaintiffs listed above filed any other
      lawsuits in the United States District Courts and/or any state courts?

          ☐ Yes            ☑ No

  B.  If you answered YES to Question A, list the following information:

      ☐ Check here if more than one lawsuit has been filed and list them on
        additional sheets

Page _1_ of ___

1. Parties to previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

2. In what Court did you file the previous lawsuit?

   _____
   (If Federal Court, name the District; if State Court, name the county.)

3. Case Number of the previous lawsuit: _____

4. Name of judge to whom the case was assigned: _____

5. Date previous lawsuit was filed: ___/___/____ (List at least the year.)

6. What was the disposition or result of the previous lawsuit? (for example, was it dismissed, appealed, or still pending)

   _____

7. When was previous lawsuit decided: ___/___/___ (List at least the year.)

8. Did the previous lawsuit involve the same facts or circumstances that you are now alleging in the lawsuit you are now submitting?

   ☐ Yes          ☐ No

II. **Place of Plaintiff(s)'s current confinement:**

A. Name of prison or jail in which you are currently incarcerated:

   Federal Corr. Inst. Beckley

B. Are the facts of your lawsuit related to your confinement in your present prison or jail?

   ☑ Yes          ☐ No

C. If you answered NO to question B, list the name and address of the jail or prison to which the facts of your lawsuit relate:

   _____

Page ____ of ____

D.   Did you present these facts to the prison authorities through the prisoner grievance procedure?

☑ Yes          ☐ No

E.   If you answered Yes to question D:

1.   What steps did you take: *Entire Procedure. But i was told by Administrative Remedy Clerk to go through Probation Officer*

2.   What was result: *He never responded back (I filed Tort Claim - Denied) I had to file this Suit*

F.   If you answered No to question D, explain why not: _____

_____

_____

_____

## III. Parties to this Lawsuit

A.   Plaintiff(s) bring this lawsuit:

1.   Name of Plaintiff: *Milton Orr Kenney*

Prison ID #: *14102-032*

Address, include name of instituion: *Fed. Corr. Inst. Beckley "P.O. Box 350" Beaver, W. Virginia 25813*

2.   Name of Plaintiff: _____

Prison ID #: _____

Address, include name of institution: _____

_____

3.   Name of Plaintiff: _____

Prison ID #: _____

Address, include name of institution: _____

_____

☐ Check here if there are additional plaintiffs and list them on additional sheet of paper.

Page ____ of ____

B.  Defendants against whom you are filing this lawsuit:
For each defendant, check whether you are naming the defendant is his
or her individual and/or official capacity.

    1.   Name of Defendant: _Shawn Laugh_

           Place of Employment: _Fed. Corr. Inst. Beckley_

           Address of Defendant: _P.O. Box 350_

           _Beaver West Virginia 25813_

           Named in an official capacity?     ☑ Yes    ☐ No
           Named in an individual capacity?   ☑ Yes    ☐ No

    2.   Name of Defendant: _____

           Place of Employment: _____

           Address of Defendant: _____

           _____

           Named in an official capacity?     ☐ Yes    ☐ No
           Named in an individual capacity?   ☐ Yes    ☐ No

    3.   Name of Defendant: _____

           Place of Employment: _____

           Address of Defendant: _____

           _____

           Named in an official capacity?     ☐ Yes    ☐ No
           Named in an individual capacity?   ☐ Yes    ☐ No

☐ Check here if there are more then 3 defendants. You must list each and
every defendant. If you do not list the name of a defendant, he or she
will not be included in the lawsuit. If you do not list the place of
employment and address the clerk will not be able to serve that
defendant. Use addition sheets of paper to list more then 3 defendants.

IV.  Statement of your claim

State as briefly as possibly all the _facts_ of your case. Recite the dates
when any incidents or events occurred, and the places where they took place.
Describe how each defendant is involved. Also include the names of other
persons involved and the dates and places of their involvement.

                   Page ____ of ____

If you set forth more then one claim, number each one, and use a separate paragraph for each one.

On 11-16-2011 at (1:00PM) in Pine A-Upper i had a Team Meeting with Shawn Lavigh, Counselor, he tried to get me to sign papers saying i was a sex offender. I Refused to sign the papers because my case of "unlawful Imprisonment" and Fourth Degree Assault was not a sex offense not Sexual Assault. I was only protecting my Girl Friend from smoking Crack Co-cain Pregnant with our Daughter. The Federal Policy Program Statement 5141.02 clearly states if i was not convicted in a court i should not be given a Registration or Notification of Sexual offense. I was never convicted in the →

Page ___ of ___

Court will slyly admit,
of a sex offense. My
Daughter deserved to not
be exposed to being harm-
ed by her Mothers drug
use during Pregnancy.
The same action I took
was no different than me
preventing "4" Female Cor-
rectional Officer's from
being Sexual Assaulted,
Raped or Murdered. An
most importantly my
child deserved to be pro-
tected. From Shown Laugh-
"false Actions", i became
emotional Distressed, loss
of weight from worrying,
called a Sex Offender
by Officer williamson
1-7-2012 and called a
Sex offender by my
Counselor Mr. Grimes?

on 1-12-12. I had to speak
with Ms. Odell on 12-9-11
and Ms. Seaborn on 5-10-12
and Ms. Rodriguez on
1-13-12. It was very
insulting to be called
a sex offender and then
the information was sent
to three females, which
was very very stressful
to discuss a sex
charge which was
False Information. The
Publication of Defamatory
Information was very
outrageous to my
Reputation and in-
fliction to my Charac-
ter. His False Informa-
tion was "Defamation of
my Character" and a

clear violation of the
Program Policy statement
and a violation of my
5th and 14th Constitutional
Rights, and Demeaning
to me. An i have
the right to be free
from having false
information recorded
and published
against me. An the defi-
nition of Sexual Assault
is Sexual Intercourse
which did not happen.
Like i said before, i was
only stopping my Girl
friend from causing
any harm to our
daughter, from her
smoking Glack Cocaine
Pregnant with our →

Daughter. Something any man would do, to prevent his child from being harmed. My actions did not fall under the definition of a "Sex Offense" shown Laughs conduct was an erroneous application of the law and the Injustice results from his failure to obtain true fact. His accusations was made with Reckless Disregard, Unreliable Information, False and Defamatory statement, Unprivileged publication and Negligence on his part, in publishing the False statements. His conduct violated my Constitutional Rights, 5th and 14th Amendment. The nature and circumstances, involving her, my

⑤

Daughter. Shawn Laughs actions has violated my Equal Protection of the 14th Amendment and Defamation and a Due Process Violation, due to liberty interest in my Good Name. An my Right have been Invaded, the Right to not be Considered a Sex Offender. Through his own "Individual Actions" he has Violated my Constitutional Rights and a Reckless disregard to the truth. So i ask this Court to grant me the Necessary Relief. Also, below →

i close my arguments, i would just like to say, what i am going through mentally, of being called a sex offender is very very Emotional Distress. It is uncalled for, because the Unlawful Imprisonment charge was considered a Violent Crime by the Court, an i was given the Career Offender enhancement, oo to the charge being a Violent Crime, not a Sex Crime. I have enclosed paper work to reveal what it said. Thank You Before Hand, Kenroy

"P.S."

Also, it cannot be twice

Equal Protection Clause
of The 14th Amendment.
(Back Side Please)

⑦

The Black Law Dictionary definition "sexual Assault of sexual intercourse or sexual intercourse with a person who does not... styles of some statutes have... Colored the crime of rape end... A federal it within Assault... sexual Assault...

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 12, 2012

FROM: ADMINISTRATIVE REMEDY COORDINATOR
BECKLEY FCI

TO  : MILTON ORR KENNEY, 14102-032
      BECKLEY FCI   UNT: PINE   QTR: P05-131U
      P.O. BOX 1280
      BEAVER, WV 25813

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 672135-F1   ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : JANUARY 12, 2012
SUBJECT 1        : OTHER RECORDS MANAGEMENT
SUBJECT 2        :
INCIDENT RPT NO. :

REJECT REASON 1: SEE REMARKS.

REMARKS          : YOUR REQUEST MUST BE FILED THROUGH THE UNITED STATES
                   PROBATION OFFICE NOT THE ADMINISTRATIVE REMEDY
                   PROCESS!

described in Section 6 except for:

(1)     Individuals whose PSF is based on behavior which did not result in a conviction for a **sexual** offense, for example the PSI describes a charge for **sexual** **assault** or rape, but the individual was convicted of simple **assault**; or,

(2)     Individuals whose PSF is based on behavior while imprisoned which resulted in a guilty finding under institution disciplinary proceedings but not a court conviction. Administrative findings in and of themselves for sexual offenses may not be the basis for registration or notification.

*Program Policy Statement*

*Number: 5141.02*

*I was not convicted in Court Sir, of No Sex Offense...*

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

# INMATE SKILLS DEVELOPMENT PLAN — PROGRAM REVIEW: 05-15-2012
Name: KENNEY, MILTON ORR
RegNo: 14102-032

## INTERPERSONAL

### Progress and Goals

**Previous TEAM 11-16-2011**

Maintain/Establish family ties by mail, telephone, and social visits thru 11-2011.

**Current TEAM**

Since last review: Inmate has maintained family ties via mail and telephone.

No recommendations.

## WELLNESS

### Resource Summary

⊕ **HEALTH PROMO/DISEASE PREVENT**
- ⊕ within acceptable weight range
- ⊕ height 5 ft. 11 in.
- ⊕ weight (lbs) 165
- ⊕ BMI Score 23
- ⊕ date calculated 05-13-2011
- ⊕ maintains physical fitness thru regular exercise;
- ⊕ aerobic exercise

- ⊕ evidence of behaviors associated with increased risk of infectious disease
- ⊕ intravenous drug use
- ⊕ unprotected promiscuous sexual activity
- ⊕ tattoo, body piercing (in unsanitary settings)

- ⊕ uses tobacco (cigarettes, cigars, and/or smokeless tobacco)

- ⊕ had a primary care provider or clinic (prior to incarceration)
- ⊕ has health insurance coverage upon release

⊕ **DISEASE/ILLNESS MANAGEMENT**
- ⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required

- ⊕ healthy – No current health concerns
- ⊕ dental problems – See Exit Summary
- ⊕ no non-routine services/assistance devices needed

? **TRANSITIONAL PLAN**

⊘ **GOVERNMENT ASSISTANCE**
- ⊘ has not previously received Social Security assistance
- ⊘ not eligible for Social Security assistance after release

- ⊘ has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard
- ⊘ spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard



---

# INMATE SKILLS DEVELOPMENT PLAN — PROGRAM REVIEW: 05-15-2012
Name: KENNEY, MILTON ORR
RegNo: 14102-032

## WELLNESS

### Progress and Goals

**Previous TEAM 11-16-2011**

None

**Current TEAM**

Since last review: No goals.

Recommend inmate enroll in Chronic Care by 11-2013.

## MENTAL HEALTH

### Resource Summary

⊕ **SUBSTANCE ABUSE MANAGEMENT**
- ⊕ evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest
  - alcohol: Rarely
  - cocaine/crack: Weekly
  - heroin: Rarely

- ⊕ no history of substance abuse treatment
- ⊕ not currently participating in substance abuse treatment

⊕ **MENTAL ILLNESS MANAGEMENT**
- ⊕ no history of mental health diagnosis prior to incarceration

- ⊕ no mental health diagnosis during incarceration

- ⊕ no history of serious suicidal ideation or attempts

⊘ **TRANSITIONAL PLAN**
- ⊘ no medication required upon release from custody
- ⊘ does not require on-going treatment after release from custody
- ⊘ RRC placement not applicable

⊘ **APPROPRIATE SEXUAL BEHAVIOR**
- ⊘ no evidence of sexually inappropriate behavior

### Progress and Goals

**Previous TEAM 11-16-2011**

There are no mental health recommendations at this time. The inmate should access psychology services as needed.
- 40 HR. Drug Education course 5/2012

**Current TEAM**

Since last review: Inmate completed the Drug Education program on 2/10/2012.

Inmate has no further identified mental health or substance abuse needs at this time.




# DRUGS AND YOUR BABY



Ask Dr. Frank

**Q** WE'RE HAVING A BABY IN FIVE MONTHS AND WE BOTH PARTY A LOT. LAST TIME WE WENT TO THE DOCTOR, HE SAID OUR BABY MIGHT HAVE PROBLEMS. WHAT DID HE MEAN? WHAT SHOULD WE DO?

**A** I'm glad you care enough about your baby to think about this. A child exposed to alcohol or drugs in the womb, can be born prematurely, have low birth weight or birth defects, be at greater risk of Sudden Infant Death Syndrome and have trouble with behavioral problems and learning later in life. These problems are serious, and many last throughout the child's life. What can you do? Because your unborn baby is at greater risk due to your lifestyle, you need to stop abusing alcohol and drugs – both of you, now. Because it's difficult to make such drastic lifestyle changes on your own, it's best to seek help through institution programs and, for your partner, through in- or outpatient treatment programs. The most important thing is to protect your child's life – he or she is depending on you!

## WHAT IS FASD?

Fetal Alcohol Spectrum Disorders is a general term that covers what can happen to babies born to mothers who drink while they are pregnant. Your child can face mental retardation, severe birth defects and learning disorders that can last a lifetime.

- As many as 40,000 babies each year are born with FASD.

- Studies of children with FASD show that more than half of them are charged with or convicted of a crime.

http://download.ncadi.samhsa.gov/Prevline/pdfs/SMA06-4236.pdf

   It is illegal to duplicate this page in any manner.

verses cocaine offenders— had originated in the
Abuse Act of 1986, which had adopted the ratio based on
several assumptions of the time, which had since been
disproven, namely that "crack was significantly more danger-
ous than powder cocaine in that: (1) crack was highly addic-
tive; (2) crack users and dealers were more likely to be vio-
lent than users and dealers of other drugs; (3) crack was
more harmful to users than powder, particularly for children
who had been exposed by their mothers' drug use during
pregnancy; (4) crack use was especially prevalent among
teenagers; and (5) crack's potency and low cost were making
it increasingly popular."[16]

- U.S. v. Funk, 534 F.3d 522 (6th Cir. 2008), reh'g en
banc granted, opinion vacated, (Dec. 18, 2008) (Sixth
Circuit Court of Appeals determined that the district
court's imposition of a sentence of 150 months' imprison-
ment, when the Guidelines called for a minimum
sentence of 262 months' imprisonment, was an abuse of
discretion, because the district court's disagreement
with the imposition of the career-offender enhancement
was a substantively unreasonable application of
sentencing law.).

- U.S. v. Coleman, 290 Fed. Appx. 938 (7th Cir. 200
reviewing this case on remand from the Supreme C

§ 3553. Imposition of a sentence

(a) Factors to be considered in imposing
a sentence.—The court shall impose a sen-
tence sufficient, but not greater than neces-
sary, to comply with the purposes set forth in
paragraph (2) of this subsection. The court,
in determining the particular sentence to be
imposed, shall consider—

(1) the nature and circumstances of the
offense and the history and characteristics
of the defendant;

(2) the need for the sentence imposed—
(A) to reflect the seriousness of the
offense, to promote respect for the law,
and to provide just punishment for the
offense;

(B) to afford adequate deterrence to
criminal conduct;

(C) to protect the public from further
crimes of the defendant; and

(D) to provide the defendant with
needed educational or vocational train-
ing, medical care, or other correctional
treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sen-
tencing range established for—

(A) the applicable category of offense
committed by the applicable category of
defendant as set forth in the guide-
lines—

(i) issued by the Sentencing Com-
mission pursuant to section 994(a)(1)
of title 28, United States Code, subject
to any amendments made to such
guidelines by act of Congress (regard-
less of whether such amendments
have yet to be incorporated by the
Sentencing Commission into amend-
ments issued under section 994(p) of
title 28); and

(ii) that, except as provided in sec-
tion 3742(g), are in effect on the date
the defendant is sentenced; or

(B) in the case of a violation of proba-
tion or supervised release, the applicable
guidelines or policy statements issued by

(e) Limited authority to impose a sentence be-
low a statutory minimum.—Upon motion of the
Government, the court shall have the authority to
impose a sentence below a level established by statute
as a minimum sentence so as to reflect a defendant's
substantial assistance in the investigation or prosecu-
tion of another person who has committed an offense.
Such sentence shall be imposed in accordance with the
guidelines and policy statements issued by the Sen-
tencing Commission pursuant to section 994 of title 28,
United States Code.

(f) Limitation on applicability of statutory mini-

following considerations—

"(A) the sentence imposed for trafficking in a quanti-
ty of crack cocaine should generally exceed the sentence
imposed for trafficking in a like quantity of powder
cocaine;

"(B) high-level wholesale cocaine traffickers, organiz-
ers, and leaders, of criminal activities should generally
receive longer sentences than low-level retail cocaine
traffickers and those who played a minor or minimal role
in such criminal activity;

"(C) if the Government establishes that a defendant
who traffics in powder cocaine has knowledge that such
cocaine will be converted into crack cocaine prior to its
distribution to individual users, the defendant should be
treated at sentencing as though the defendant had traf-
ficked in crack cocaine; and

AOC-445
Rev. 12-98
Page 2 of 3

Doc. Code: JSF

*sent copy*
*to court*

___✓___ B.  the defendant is in the need of correctional treatment that can be provided most effectively by the defendant's commitment to a correctional institution.

___✓___ C.  probation, probation with an alternative sentencing plan, or conditional discharge would unduly depreciate the seriousness of the defendant's crime.

→ _____ D.  the defendant is ineligible for probation, probation with an alternative sentencing plan, or conditional discharge because of the applicability of KRS 532.080, (PFO); KRS 439.3401, (Violent Offender); KRS 533.060, (Use of Firearm); or 532.045, (Sex Offenses).

*was not checked*

❑  that the defendant is eligible for probation, probation with an alternative sentencing plan, or conditional discharge as hereinafter ordered on AOC-455.

No sufficient cause having been shown why judgment should not be pronounced, it is ADJUDGED BY THE COURT that the defendant is guilty of the following charge(s):

CHARGE 1: KRS 508.010 ASSAULT 1ST NON-FAMILY STRGARM – AMENDED TO ASSAULT 4TH DEG.✱
12 MTHS TO RUN CONCURRENT WITH CHARGE 2

CHARGE 2: KRS 509-040 KIDNAPPING-ADULT – AMENDED TO UNLANFUL IMPRISONMENT 1ST 2 YRS.✱

CHARGE 3: KRS 532.080 (3) PERSISTENT FELONY OFFENDER 1ST – DISMISSED

and is sentenced to:

❑  fine of $_____ to be pai ▓▓▓▓▓▓▓▓

❑  imprisonment for a maximum term of ▓▓▓▓▓▓▓▓
and a fine of $_____ to b ▓▓▓▓▓▓▓▓
probated/probated with an alternative sent ▓▓▓▓ ion. (No fine imposed
on KRS Chapter 31 indigent defendant).

❑  imprisonment for a maximum term of ▓▓▓▓▓▓▓▓
and a fine of $_____ to be paid ▓▓▓▓
conditionally discharged as stated in the attached Order of Conditional Discharge. (No fine imposed on KRS Chapter 31 indigent defendant).

☒  imprisonment for a maximum term of __2 YEARS_____ in

__STATE FACILITY_____(institution) to run ❑ concurrently

❑  consecutively with a previous sentence imposed_____

IT IS FUTHER ORDERED THAT the defendant's bond:

❑  is released.  If the bond was posted by the defendant, the bond ❑ shall be ❑ shall not be applied to payment of remaining fines and costs ❑ other _____;

❑  is not released until ❑ further order of the court ❑ payment of all fines and costs ❑ other

_____

(R. 149). Essentially, Defendant raises one claim in his § 2255 Motion, but the Court will consider each of his grounds individually.

### 1. Defendant is a career offender because unlawful imprisonment is a crime of violence.

Defendant argues that the District Court erred in determining that he is a career offender because a crime he was previously convicted of was not a crime of violence and should not have been used to determine that he was a career offender. Defendant's Motions to Supplement clarify that it is his 1999 conviction for Unlawful Imprisonment, First Degree, that underlies this claim. (R. 159, at 1; R. 160, at 1). Defendant maintains that this conviction should not be considered a violent crime because of the underlying circumstances why he committed the crime; specifically, that he was preventing the mother of his unborn child from using crack cocaine. (*Id.*). While his reasons for committing the crime may be mitigating § 3553(a) factors, they should not be considered when determining whether career offender status is proper.

In determining whether a prior conviction is a violent felony, courts apply the "categorical approach," and consider only the statutory definition of the crime. *Taylor v. United States*, 495 U.S. 575 (1990). While *Taylor* dealt with whether burglary was a violent felony in accordance with the Armed Career Criminal Act, the "categorical approach has also been applied to determinations made pursuant to the Guidelines." *United States v. Arnold*, 58 F.3d 1117, 1121 (6th Cir. 1995). A court may only look at the underlying facts of a crime if the statute of conviction is ambiguous and could cover a wide range of behavior, meaning that the crime could be committed in a violent and non-violent manner. *Taylor*, 495 U.S. at 587. Here, Defendant was convicted of Unlawful Imprisonment, First Degree, a violation of Kentucky Revised Statute § 509.020. The statute

6

Guidelines, Application Note 6.  While the Probation Office has had difficulty in locating that information, the undersigned, as officer of the Court, can state that at the Pre-Trial Release Hearing before Magistrate Robert Wier, Magistrate Wier noted and recognized that Mr. Kenney's statement about the same was accurate and correct.  The undersigned is attempting to retrieve that information now, and hopes to present it at the hearing or prior thereto for the Court's review.

As to the Unlawful Imprisonment charge, (PSR Paragraph 29, Page 7), it is important for the Court to know the facts of the case.  The Unlawful Imprisonment charge arose from Mr. Kenney preventing a pregnant woman from using crack.  The Complainant, Ms. Michelle George, was pregnant with Mr. Kenney's child.  Mr. Kenney heard/found out that Ms. George was down the street at a "crack house".  Mr. Kenney quickly went to the house, walked into the room and found Ms. George and another individual about to partake of a crack pipe.  Mr. Kenney broke the crack pipe and dragged Ms. George out of that house.  As he was escorting her home, he saw that Ms. George was trying to conceal crack in her bra.  He took the crack from her person and in the process, scratched her with his fingernail.  Mr. Kenney indicates that at his Plea and/or Sentence, Ms. Michelle George came to those hearings and confessed to the Court what had actually happened.

The above factual recitation is believable and credible based on circumstances surrounding Mr. Kenney's Plea and Sentence.  First, the Sentence itself.  The Court will note from the records that the charge was reduced from Kidnapping to Unlawful Imprisonment. Second, consistency of Mr. Kenney's actions.  Mr. Kenney's actions of preventing Ms. George from committing a crime or harming herself or his child are

3

consistent with his actions throughout his life.  Attached to this Sentencing Memorandum the Court will find a letter from the Senior Warden at Luther Luckett Correctional Complex dated February 11, 1999.  The Senior Warden, Robert Conley, gave Mr. Kenney a letter of commendation for stopping an inmate who was attempting to rape a print shop administrator, one Dianna Dorsey.  Additionally, there is a letter from Ms. Dorsey herself, the administrative assistant, corroborating the heroics of Mr. Kenney. There is also attached a letter from Thomas Eldridge, Operations Manager of KCI, noting Mr. Kenney's heroics.  There is a Certificate of Merit received by Mr. Kenney attached and the same Thomas Eldridge, Operations Manager who wrote the letter of commendation also presented Mr. Kenney with the "Number Two Son" Award Certificate as a token that Mr. Kenney was trustworthy, decent and fair to not only fellow inmates but the staff working there.  Finally, there is a letter from Sandra McIntosh, a fifteen (15) year employee at WKCC, talking about how Mr. Kenney always treated her with respect and protected the female officers. (All of the foregoing documents are attached hereto as Exhibit A).

Third, the written Judgment and Sentence on Guilty Plea.  (It is attached hereto as Exhibit B). A review of said Exhibit shows that the Judgment and Sentence on Plea of Guilty was thoroughly completed.  At the bottom of the document there are boxes that the Court can "check mark" if appropriate.  It is crucial to note that the box next to the phrase "that victim suffered death or serious physical injury" is not marked.  Mr. Kenney's actions were not an act of violence.

Further proof that unlawful imprisonment is not a crime of violence is KRS §509.020, the Unlawful Imprisonment Statute (attached hereto as Exhibit C).   The

4

Dianna Dorsey
Kentucky Correctional Industries
Printing Plant
Luther Luckett Correctional Complex
1612 Dawkins Road
LaGrange KY 40031-0006

May 29, 1999

RE: Milton Kenny #77488LL

Ms Linda F Frank
Chairperson
Parole Board
500 State Office Building
Frankfort KY 40601

Dear Ms Frank:

I am writing to ask you to take into consideration the heroic action that Milton Kenny #77488 recently took in restraining another inmate who was making an assault on me. There is no doubt that the injuries suffered by me would have been more serious if Mr. Kenny had not taken the action he did in stopping the inmate from assaulting me further. He did this without any thought to his safety.

I have worked with Mr. Kenny for 5 years and he has always treated the staff with the utmost respect but his actions in this incident went well beyond the norm. In part because of his actions, I am able to continue working in my job without a tremendous amount of fear.

There is not much I can do to show my appreciation to him but to thank him personally, which I have done many times since then. I believe you have it in your power to carry my thank you further. Even before this incident I felt Mr. Kenny would be a good parole risk but now more than ever I believe that.

I hope during your deliberations on Mr. Kenny's parole you will keep this request in mind.

Sincerely,

Dianna Dorsey
Administrative Assistant

**V.** **Relief requested:** List what you want the court to do; list what relief you
seek against each defendant:

A. _Relief of "Two Hundred_

B. _and  "Fifty Thousand_

C. _Dollars"..._

D. _____

E. _____

I (we) hereby certify under penalty of perjury that the above complaint is true
to the best of my (our) information, knowledge and belief.

Signed this ____ day of _____, 20___.

Signature: _Milton Joe Kennedy_

Prison ID #: _14102-032_

Address: _Fed. Corr. Inst. Beckley_
_P.O. Box 350, Beaver West Virginia_
_25813_

Signature: _____

Prison ID #: _____

Address: _____

_____

Signature: _____

Prison ID #: _____

Address: _____

_____

☐ Check here is additional signatures are included on an additional sheet of paper.

**All plaintiffs must sign complaint.**

Page ___ of ___

In the United States District Court

For the _Southern_ District of _West_
(State)

_Virginia Beckley_ Division

Name: _Mittmon Ferris_

Prison ID #: _14102-052_                    )

Name: _____        )

Prison ID #: _____         )

Name: _____        )

Prison ID #: _____         )

☐ Check here if there are additional        )
Plaintiffs—use separate sheet to            )
list each person. DO NOT USE ET AL.          )

                                             )    Civil Action #: _____

                                             )    (To be assigned by the Clerk's
vs.                                          )    Office. Do not write in this blank.)

Name: _Shawn Lough_                          )

Name: _____        )

Name: _____        )

Name: _____        )

☐ Check here if there are additional         )
Defendants—use separate sheet to             )
list each person. DO NOT USE ET AL.          )

## Complaint for the Violation of Civil Rights
## Under 42 U.S.C. § 1983

I.   **Previous Lawsuits**

A.   Have you or any of the other plaintiffs listed above filed any other
     lawsuits in the United States District Courts and/or any state courts?

         ☐ Yes          ☑ No

B.   If you answered YES to Question A, list the following information:

         ☐ Check here if more than one lawsuit has been filed and list them on
         additional sheets

                    Page _1_ of ___

1.   Parties to previous lawsuit:

    Plaintiffs: _____

                 _____

    Defendants: _____

                  _____

2.   In what Court did you file the previous lawsuit?

    _____
    (If Federal Court; name the District; if State Court, name the county.)

3.   Case Number of the previous lawsuit: _____

4.   Name of judge to whom the case was assigned: _____

5.   Date previous lawsuit was filed: ___/___/____ (List at least the year.)

6.   What was the disposition or result of the previous lawsuit? (for example, was it dismissed, appealed, or still pending)

    _____

7.   When was previous lawsuit decided: ___/___/___(List at least the year.)

8.   Did the previous lawsuit involve the same facts or circumstances that you are now alleging in the lawsuit you are now submitting?

    ☐ Yes        ☐ No

## II.   Place of Plaintiff(s)'s current confinement:

A.   Name of prison or jail in which you are currently incarcerated:

    Federal Corr. Inst. Berkley

B.   Are the facts of your lawsuit related to your confinement in your present prison or jail?

    ☑ Yes        ☐ No

C.   If you answered NO to question B, list the name and address of the jail or prison to which the facts of your lawsuit relate:

    _____

Page ____ of ____

D. Did you present these facts to the prison authorities through the prisoner grievance procedure?

☒ Yes          ☐ No

E. If you answered Yes to question D:

1. What steps did you take: _Entire Procedure_
_But it was told by Administration_
_Clerk to go through Remedy_
_Officer_
2. What was result: _He never responded back_
_I filed Tort Claim - Denied Told to File Suit_

F. If you answered No to question D, explain why not: _____

_____

_____

_____

## III. Parties to this Lawsuit

A. Plaintiff(s) bring this lawsuit:

1. Name of Plaintiff: _Milton Oral Francis_

Prison ID #: _41102-032_

Address, include name of instituion: _Fed Corr Inst._
_Beckley_  _P.O. Box 350 Beaver W. Virginia_

2. Name of Plaintiff: _____

Prison ID #: _____

Address, include name of institution: _____

_____

3. Name of Plaintiff: _____

Prison ID #: _____

Address, include name of institution: _____

_____

☐ Check here if there are additional plaintiffs and list them on additional sheet of paper.

Page ___ of ___

B.   Defendants against whom you are filing this lawsuit:
     For each defendant, check whether you are naming the defendant is his
     or her individual and/or official capacity.

1.   Name of Defendant: _Shawn Louvia_

     Place of Employment: _Fed. Corr. Ins. - Beckley_

     Address of Defendant: _P.O. Box 350_

     _Beaver, West Virginia 25813_

     Named in an official capacity?      ☑ Yes      ☐ No
     Named in an individual capacity?    ☑ Yes      ☐ No

2.   Name of Defendant: _____

     Place of Employment: _____

     Address of Defendant: _____

     _____

     Named in an official capacity?      ☐ Yes      ☐ No
     Named in an individual capacity?    ☐ Yes      ☐ No

3.   Name of Defendant: _____

     Place of Employment: _____

     Address of Defendant: _____

     _____

     Named in an official capacity?      ☐ Yes      ☐ No
     Named in an individual capacity?    ☐ Yes      ☐ No

☐ Check here if there are more then 3 defendants. You must list each and
every defendant. If you do not list the name of a defendant, he or she
will not be included in the lawsuit. If you do not list the place of
employment and address the clerk will not be able to serve that defend
defendant. Use addition sheets of paper to list more then 3 defendants.

IV.  Statement of your claim

     State as briefly as possibly all the _facts_ of your case. Recite the dates
     when any incidents or events occurred, and the places where they took place.
     Describe how each defendant is involved. Also include the names of other
     persons involved and the dates and places of their involvement.

                         Page ____ of ____

If you set forth more then one claim, number each one, and use a separate
paragraph for each one.

On 11-16-12 at (7:00P.M.) in Bro
A Lippor, i had a Team Meeting
with Shawn Lawson, Coundolor,
he tried to get me to sign
papers, saying i was a
Sex Offender. I refused
to sign the papers Because
my Case of "Unlawful
Imprisonment" and fourth
Degree Assault was not
a Sex Offense not Sexual
Assault. I was only
Venting my Girl Friend from
smoking Crack Cocain Pre-
gnant with my Daughter. The
Federal Police Pursuian
Statement" 541.02 clearly
states it. i was not
convicted in a court i
should not be given a Re-
gistration or Notification
of Sexual Offenses. I
was never convicted in
the Court for Sexual Assault

Page ___ of ___

of a Sex Offense. My Daughter deserved to not be exposed of being harmed by her Mothers Drug use during Pregnancy. The same action i took was no different than me preventing "4" female Correctional Officers from being Sexual assaulted Raped or Murdered. An most importantly my child deserved to be Protected. From Shaw Lawsone False Actions, i became emotional Distressed, loss of weight from being called a Sex Offender by Officer Williams on 1-17-2012 and called a Sex Offender by Mrs. Gamos Mr. Gross, on 1-12-12. I had to speak with Ms. Odel

On 12-9-11 and Ms. Saafin
on 5-15-12 and Ms. Rodriew
on 7-13-12. It was very in-
sulting to be called a sex
Offender and then the in-
formation was sent to two
females, which was very very
stressful to discuss a sex
Charge which was False
Information. The Publication
of Defamatory Information
was very outrageous to
my Reputation and inflic-
tion to my Character. His
False Information was De-
famation of my Character
and a clear Violation of
the Program Policy Statement
and a Violation of my 5TH
and 14th Constitutional
Rights, and Demeaning to
me. An i have the Right

to be free from having false information presented and published against me. And the definition of "sexual assault" or "sexual interviews?" which did not happen. Like I said before, I was only stopping my Girlfriend from committing any harm to our daughter from her smoking Crack Cocaine Pregnant with our daughter. Something any man would do, to prevent his child from being harmed. My actions did not fall Under the definition of a Sex offense. [name] Laughs constitutes an obvious application of the Laws and the Injustice possible from his failure to

obtain true facts. His ac-
cusations was made
with Reckless Disregard
Unreliable Information,
false an Defamatory stat-
ment, Unprivileged publi-
cation and Negligence on
the part in publishing
the false Statements. His
Conduct Violated my Consti-
tutional Rights, 5th and 14th
Amendment. The nature
and circumstance, was
Naming her, my Daughter
Shown Lawsuits action's
has Violated my Equal Pro-
tection, of the 14th Amend-
ment and Defamation and
a due to Liability interest
in my "Good Name". An my
Rights have been Invaded.
I have the Right to not

be Considered a Sex Offen-
der. Through his own "In-
dividual Actions" he has
violated my Constitutional
Rights and a Reckless
disregard to the truth.
So i ask this Court
to Grant me the "Necessary
-sary Relief". Also, before
i close my argument i
would just like to
say, what i am going
through mentally being
being called a "Sex
Offender", is very very
Emotional Distress. It is
uncalled for, because
the Unlawful Imprison
-ment Charge was con-
-sidered a Violent
Crime by the Court an-

i was given this "Career Offender" enhancement, do to the charge being a violent crime, not a sex crime. I have enclosed paper work, to reveal what ive said.

Thank You Before Hand.

Milton Parsons

"P.S."

Also, i cannot be twice lawfully punished for the same offense.

Equal Protection Clause Of The 14TH Amendment.

**V.**   **Relief requested:** List what you want the court to do; list what relief you
seek against each defendant:

A. _Relief of Two Hundred_

B. _and Fifty Thousand_

C. _Dollars_

D. _____

E. _____

I (we) hereby certify under penalty of perjury that the above complaint is true
to the best of my (our) information, knowledge and belief.

Signed this ____ day of _____, 20___.

Signature: _Milton Workman_

Prison ID #: _14102-052_

Address: _Fed. Corr. Inst. Beckley_
_P.O. Box 350 Beaver West Virginia 25813_

Signature: _____

Prison ID #: _____

Address: _____

_____

Signature: _____

Prison ID #: _____

Address: _____

_____

☐ Check here is additional signatures are included on an additional sheet of paper.

**All plaintiffs must sign complaint.**

Page ____ of ____

Thank
you...

10-24-12

Clerk:

I am about to get trans-
ferred, to another Institution
I shall write you and
give you my new address
I dont' know when
i will be transferred, but
how ever, once i get to
my new address i shall
write you and give you
my new address.

Thanks You Before Hand

Milton Kenner

P.S.) If i have to Appeal
you all's decision, will you
mail me the "Appeals Court address.



Milton Kennedy 14102-032

al Federational Institution Beckley

P.O. Box 350

Beaver, West Virginia

25813

"Clerk" U.S. District Court

110 N. Heber Street

Room 119

Beckley, West Virginia

25801